IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DENISE D. MOON, et al. | : | No. 16-cv-6314 |

ORDER

AND NOW, this 27th day of February 2017, upon consideration of Plaintiff's Motion for Service by Posting to Property and Certified Mail (Doc. No. 2), it is hereby ORDERED that Plaintiff's motion is DENIED WITHOUT PREJUDICE. In one of Plaintiff's prior attempts at in-person service, Plaintiff's process server was unable to enter the apartment building. Plaintiff is directed to attempt in-person service again. If subsequent attempts at in-person service are unsuccessful, Plaintiff may refile its motion for alternative service.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.